

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00002-CR

Larry Donnell **GIBBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015 CRR 001320 D-1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 27, 2019.

_____
Beth Watkins, Justice